# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:05-CR-0335** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **RICHARD SOTO** | : | |

## ORDER

AND NOW, this 22nd day of December, 2009, upon consideration of defendant's motion (Doc. 189) for return of seized property, as well as the hearing on the motion held on the date hereof, and for the reasons set forth by the court on the record, it is hereby ORDERED that defendant's motion (Doc. 189) is DENIED without prejudice to his right to seek return of his property in the Dauphin County Court of Common Pleas.[1]

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge

---

[1] A petition for forfeiture of defendant's property is currently pending in the Dauphin County Court of Common Pleas. See Commonwealth v. $856.00 U.S. Currency, 2009-CV-FF (Dauphin County Ct. Comm. Pl.).