# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:05-CR-0335** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **RICHARD SOTO** | : | |

## **ORDER**

AND NOW, this 9th day of July, 2010, upon consideration of the motion (Doc. 203) for production of transcripts, filed by defendant Richard Soto ("Soto"), wherein Soto requests a copy of the transcript of the December 22, 2009 hearing on the motion (Doc. 189) for return of seized property, and it appearing that the court denied Soto's motion for return of seized property without prejudice, (see Doc. 197), and that Soto appealed the court's order to the Third Circuit Court of Appeals, (see Doc. 199), and it further appearing that Soto is proceeding *in forma pauperis*, but does not explain in the instant motion (Doc. 203) why his appeal is not frivolous, see 28 U.S.C. § 753(f) (stating that the government shall pay for transcripts in the case of individuals permitted to appeal *in forma pauperis* provided that a judge "certifies that the suit or appeal[] is not frivolous"), it is hereby ORDERED that Soto shall forthwith file a response detailing the basis for his appeal and the reasons why it is not frivolous.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge